IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSE ZAVALA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:19-CV-2012-L** |
| | § | |
| **IVAN TENA, ET AL.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On October 18, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 11) was entered, recommending that the court dismiss without prejudice this action for lack of subject matter jurisdiction. No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action and all claims asserted for lack of subject matter jurisdiction, as Plaintiff Jose Zavala has not set forth facts establishing that a federal question exists, or that there is complete diversity of citizenship between the parties and that the amount in controversy exceeds $75,000, exclusive of interest and costs.

**It is so ordered** this 15th day of November, 2019.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**